IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ALVIN C. THOMPSON,
    Petitioner,

vs.                                Case No. 3:10cv8/LC/MD

WALTER MCNEIL, et al,
    Respondents.

## O R D E R

This cause is before the court upon petitioner filing a petition for writ of habeas corpus under 28 U.S.C. § 2254 (doc. 1) and a motion for leave to proceed *in forma pauperis* (doc. 2). Petitioner is currently incarcerated at Santa Rosa Correctional Institution in Milton, Florida. He challenges his 2006 criminal conviction for discharging a firearm from a vehicle within 1000 feet of a person, entered by the Circuit Court of Duval County, Florida. Pursuant to 28 U.S.C. § 2241(d), the court considers it to be in the interest of justice to transfer this case to the United States District Court for the Middle District of Florida, which is the district within which the state court was held which convicted and sentenced petitioner.

Accordingly, it is therefore ORDERED:

The clerk shall transfer this case to the United States District Court for the Middle District of Florida.

DONE AND ORDERED this 15th day of January, 2010.

/s/ *Miles Davis*
**MILES DAVIS**
**UNITED STATES MAGISTRATE JUDGE**